# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Neuber Environmental Services, Inc. | ) ASBCA No. 62060 |
| | ) |
| Under Contract No. N40085-14-C-6723 | ) |

APPEARANCE FOR THE APPELLANT:      Bryan R. King, Esq.
    Offit Kurman
    Plymouth Meeting, PA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Matthew S. Hawkins, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 10, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62060, Appeal of Neuber Environmental Services, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals